IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| South African Bunkering and Trading Ltd., | § § § | |
| Plaintiff, | § § | CIVIL ACTION 21-cv-866-LPS |
| vs. | § § | IN ADMIRALTY, Rule 9(h) |
| Labpro Pharma LLC, et al., | § § § | |
| Defendants and Garnishees. | § | |

## CERTIFICATE OF SERVICE

J. Stephen Simms, admitted *pro hac vice counsel* for Plaintiff South African Bunkering and Trading Ltd. ("SABT") hereby certifies that, on July 12, 2021, I caused a true and correct copy of the Plaintiff's Motion for Summary Judgment, Memorandum in Support of the Motion for Summary Judgment, and Affidavit of Jon Hughes in Support of the Motion for Summary Judgment to be served by prepaid, First Class, United States Mail on the Registered Agent of each defendant, as well as alternatively served by prepaid First Class, United States Mail on the Texas Secretary of State, as follows:

| | | |
|---|---|---|
| MSBE Ventures, Inc. | Labpro Pharma LLC | Service of Process |
| c/o Moise O. Arrah, RA | c/o Moise O. Arrah, RA | Secretary of State |
| 12345 Jones Road | 24327 Palo Dura Drive | P.O. Box 12079 |
| Ste 260 | Hockley, TX  77447 | Austin, Texas 78711- |
| Houston, TX   77070 | | 2079 |

Further on July 12, 2021, I emailed electronic copy of Plaintiff's Motion for Summary Judgment, Memorandum in Support of the Motion for Summary Judgment, and Affidavit of Jon Hughes in Support of the Motion for Summary Judgment to Moise O. Arrah, R.A. for both defendants (to, moise@labpropharma.com ); on July 12, 2021 Moise O. Arrah, R.A. returned a message to me acknowledging receipt.

28352432.1

*/s/ J. Stephen Simms*
J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:      (410) 510-1789
jssimms@simmsshowers.com


YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
_____
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for South African Bunkering and Trading Ltd.*

Dated: July 13, 2021