

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWRE

| | | |
|---|---|---|
| SOUTH AFRICAN BUNKERING AND TRADING LTD; | § § § § | |
| VS. | § § | CIVIL ACTION 21-866(UNA) |
| Labpro Pharma LLC | § § § | IN ADMIRALTY, Rule 9(h) |
| MSBE Ventures Inc | § § § | |
| Defendants | § § | |
| And | § § § | |
| Bank of America N.A | § § § | |
| GoDaddy.com,LLC | § § § | |
| Garnishees | § § | |

### DEFENDANT'S VERIFIED ANSWER TO AMENDED VERIFIED COMPLAINT REQUEST FOR ISSUE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

NOW comes, the Defendants LabPro Pharma LLC, and MSBE Ventures Inc and makes this limited appearance or special appearance to Plaintiff's South African Bunkering and Trading Ltd. ( SABT) *quasi in rem* action pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, requesting the issue of writs of maritime attachment and garnishment including against Garnishees and States as Follows:

I.

Defendants request that the court should have a prompt hearing pursuant to *Fed. R.Civ.P .Adm.Supp.Rule E(4)(f);* allowing Defendant to contest, proof that the attachment is misleading and for the court to vacate the attachment and garnishment order. Plaintiff needs to proof that the attachment and garnishment is necessary.

II.

The court should vacate this attachment for the following reasons:

a)   The court has the discretion to vacate the order of attachment when there is another convenient available forum where Plaintiff can find the defendant and the defendant will be subject to in personam jurisdiction

b)   Plaintiff has already received sufficient payments that an attachment is not necessary to secure payment. Per invoice, value of fuel supplied was in the excess of $120,000. Plaintiff already received over $80,000. Plaintiff agent had been in direct communication with the defendant and understood that efforts are being made to pay the balance. The fuel agent (plaintiff) agreed that he will endeavor to collaborate while efforts are being made to finalize payment. This action therefore by plaintiff is surprising and does not reflect the spirit of prior communication before this complaint. This comes across as excessive use of force because the big corporation has big money behind it and can crush a small struggling company.

d)   The attachment should be vacated and lawsuit dismissed because the hardship to the defendant caused by the attachment outweighs the benefit to the plaintiff.

e)   Plaintiff has not met all the requirements of Rule B(1)(a).

f)   Deny the attorney's fee plead by plaintiff.

PRAYER

WHEREFORE, Defendant prays that a hearing be set, and the attachment and garnishment vacated thereof and grant defendant all other relief which the court in its discretion deems is fair and equitable.

Respectfully Submitted

_____
Dr. Moise Arrah
Defendant.

CERTIFICATE OF SERVICE

I Moise O. Arrah Certify that a true an correct copy of this special appearance was served to Counsel for Plaintiff

Timothy Jay Houseal, Esquire
YOUNG CONWAY STARGATT & TAYLOR LLP
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801.



US POSTAGE AND FEES PAID
FIRST-CLASS
Jul 09 2021
Mailed from ZIP 77433
2oz First-Class Pkg Svc Zone 6

12685897
CommercialBasePrice      062S0011714848

**FIRST-CLASS PKG SVC**

MOISE ARRAH
19218 W AUSTIN BAYOU CT
CYPRESS TX 77433-0012

C012   0023


FILED
JUL 19 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE


U.S.M.S.
X-RAY

SHIP TO:
OFFICE OF THE CLERK
DISTRICT COURT OF DELAWARE
844 N KING ST
UNIT 4
WILMINGTON DE 19801-3519

USPS TRACKING #



9400 1118 9956 1825 3834 29

