

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

March 11, 2022

<u>CM/ECF</u>
The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street, Unit 14, Room 6100
Wilmington, DE 19801

   Re: *South African Bunkering and Trading Ltd. v. Labpro Pharma LLC et al.*
      C.A. No.: 1:21-cv-00866-LPS-SRF

Dear Judge Fallon:

  We write for Plaintiff South African Bunkering and Trading Ltd. ("SABT") with the status report outlining Plaintiff's proposed next steps to bring this case to a conclusion.

  SABT yesterday requested a final default judgment against defendants, including that the Court order pursuant to Fed. R. Civ. P. 62(a) that execution is not stayed.

  With the final judgment entered, SABT will present it to garnishee Bank of America, which has reported to us that it is holding about $13,000 of Defendant Labpro Pharma LLC's funds. We expect then to file a consent judgment providing that the $13,000 garnished be paid to our client trust account for SABT.

  That will conclude the case, except for any further post-judgment enforcement to the satisfaction of the remaining final judgment and interest.

               Respectfully submitted,

               */s/ Timothy Jay Houseal*

               Timothy Jay Houseal
               (DE ID #2880)

29174304.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com